UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| HELEN C. ALLEN | CIVIL ACTION NO. 10-1604 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| C & H DISTRIBUTORS, LLC, ET AL | MAGISTRATE JUDGE HORNSBY |

### ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that the Motion for Award of *Moody* Fees and to Stay Dismissal (Record Document 194) is **DENIED** and the Joint Motion and Order to Dismiss (Record Document 192) is **GRANTED**. All claims in this matter are **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED**, at Shreveport, Louisiana, this the 31st day of January, 2017.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE